IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
----------------------------------------------    :
CAROL PECK,                                        : CASE NO.  1:05 CV 0695
                                                   :
                          Plaintiff,               :
                                                   :
              -vs-                                 : JUDGMENT ENTRY
                                                   :
                                                   :
 ELYRIA FOUNDRY COMPANY,                           :
                                                   :
                          Defendant.               :
----------------------------------------------    :
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS


This Court, having contemporaneously entered its Memorandum of Opinion and

Order Granting the Defendant's Motion for Summary Judgment, hereby enters judgment

in favor of Elyria Foundry Company and against Carol Peck.

IT IS SO ORDERED.

                                        ___/s/Lesley Wells_____
                                        UNITED STATES DISTRICT JUDGE